UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE AGUILAR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIGITAL RISK MORTGAGE SERVICES, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-00354-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 37 |

The Court HEREBY ORDERS Plaintiffs TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). As shown by a review of the procedural history in this case, Plaintiffs has failed to prosecute this case.

The Court set a schedule for class certification, and Plaintiffs' deadline to file for class certification was February 7, 2022. (Dkt. No. 20.) On December 22, 2021, the Court granted in part parties' stipulation to extend deadlines, vacating all deadlines for class certification briefing. (Dkt. No 27.) On May 24, 2022, the Court granted a revised scheduling stipulation that continued Plaintiffs' deadline to file class certification to January 30, 2023. (Dkt. No. 34.) Most recently, on July 22, 2022, the Court granted a final revised scheduling stipulation to continue Plaintiffs' deadline to file class certification to May 19, 2023. (Dkt. No. 37.) Plaintiffs have not filed a motion for class certification and have not in any way contacted the Court to request a continuance.

Plaintiffs shall file a written response to this Order to Show Cause by no later than August 29, 2023. Plaintiffs are admonished that, if they fail to file a response to this Order to Show Cause by August 29, 2023, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute without any further notice. The motion

hearing for class certification is hereby vacated.  A further case management conference is hereby scheduled for September 11, 2023.  Parties shall file a joint case management statement by September 5, 2023.

**IT IS SO ORDERED**.

Dated: August 16, 2023



SALLIE KIM
United States Magistrate Judge