UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE AGUILAR, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>DIGITAL RISK MORTGAGE SERVICES, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-00354-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 44 |

Plaintiff filed a notice of response to the order to show cause advising the Court that the above captioned matter has reached a global settlement. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within 120 days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar. If no certification is filed, after passage of 120 days, the dismissal shall be with prejudice. The order to show cause is hereby DISCHARGED and the case management conference is VACATED.

**IT IS SO ORDERED**.

Dated: September 6, 2023

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge